**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jett**<br>First Name<br>**Shae**<br>Middle Name<br>**Raymond**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _3_ _1_ _4_ _0_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and doing business as names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br>_____<br>Business name<br>_____<br>Business name | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br>_____<br>Business name<br>_____<br>Business name |

Debtor 1    **Jett Shae Raymond**                                    Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **29 Windsor Ridge** | |
| Number      Street | Number      Street |
| | |
| **Frisco**                    **TX**    **75034-6858** | |
| City                          State    ZIP Code | City                          State    ZIP Code |
| **Denton** | |
| County | County |

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

| | |
|---|---|
| Number      Street | Number      Street |
| P.O. Box | P.O. Box |
| City                          State    ZIP Code | City                          State    ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☒ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Convenience**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 **Jett Shae Raymond**      Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

☑ Yes.

Debtor **Carrie Jan Raymon**      Relationship to you **Spouse**

District **Northern District of Texas - Fort Wor** When **03/22/2019**   Case number, **19-41154-ELM**
                                            MM / DD / YYYY    if known

Debtor **Synpatyk Networks, LLC**      Relationship to you **affliate**

District **Eastern District of Texas - Sherman** When **04/20/2016**   Case number, **16-40736-BTR**
                                            MM / DD / YYYY    if known

**11. Do you rent your residence?**

☑ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

     ☐ No. Go to line 12.
     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1  **Jett Shae Raymond**                                      Case number (if known) _____

---

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____  _____  _____
City                       State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number    Street

_____

_____  _____  _____
City                       State      ZIP Code

---

Debtor 1    **Jett Shae Raymond**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1     **Jett Shae Raymond**                                      Case number (if known) _____

## Part 6:     Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:     Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jett Shae Raymond** _____     X _____
Jett Shae Raymond, Debtor 1                                 Signature of Debtor 2

Executed on **05/08/2019** _____     Executed on _____
MM / DD / YYYY                                                     MM / DD / YYYY

Debtor 1   **Jett Shae Raymond**          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X**  **/s/ Mark B. French** _____    Date  **05/08/2019**
    Signature of Attorney for Debtor                   MM / DD / YYYY

**Mark B. French** _____
Printed name

**Mark B. French** _____
Firm Name

**Attorney at Law** _____
Number      Street

**1901 Central Drive, Suite 704** _____

_____

**Bedford** _____    **TX**     **76021** _____
City                              State     ZIP Code

Contact phone  **(817) 268-0505**        Email address **mark@markfrenchlaw.com**

**07440600** _____    **TX** _____
Bar number                          State

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Jett** First Name | **Shae** Middle Name | **Raymond** Last Name |

| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**29 Windsor Ridge**
Street address, if available, or other description

**Frisco**          **TX**     **75034**
City                State   ZIP Code

**Denton**
County

**Homestead - 29 Windsor Ridge**
**Value per Denton County Appraisal**
**District**
**29 Windsor Ridge**
**Frisco, TX 75034**
**Stonebriar Section:**
**Blk B, Lot 4;**
**Purchased: July 2011**
**No gas or oil lease**
**(lien in favor of City Bank of Texas)**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $879,612.00 | $879,612.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☑ Check if this is community property (see instructions)

Debtor 1 __Jett Shae Raymond__      Case number (if known) _____

---

| 1.2. | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**Liberty Energy Wells Mineral Interst in Oklahoma no production (Mr. Raymond has not received royalties for several years, wells are capped**

What is the property? Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other __Liberty Energy Wells__

_____
County

**Current value of the entire property?** $0.00

**Current value of the portion you own?** $0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................ ➔ | **$879,612.00** |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Make: **Infiniti**
Model: **QX 60**
Year: **2014**
Approximate mileage: _____

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Current value of the entire property?** $13,750.00

**Current value of the portion you own?** $13,750.00

Other information:
**2014 Infiniti QX 60 Value per NADA (lien in favor of City Bank) (driven by NFS)**

☑ **Check if this is community property** (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................ ➔ | **$13,750.00** |

---

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

Debtor 1   **Jett Shae Raymond**                                       Case number (if known)

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **Household Furnishings**                       **$1,550.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music systems; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **Typical Household Electronics**           **$600.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe..... **Kimber .45 pistol**                            **$250.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe..... **Clothing**                                   **$200.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** → $\boxed{\textbf{\$2,600.00}}$

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1 **Jett Shae Raymond** _____ Case number (if known) _____

**16. Cash**

_Examples:_ Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................................. Cash: ......................... **$19.00**

**17. Deposits of money**

_Examples:_ Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No

☐ Yes............................ Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**

_Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Synaptyk Networks, LLC**<br>**f/k/a Synaptyk, Inc.**<br>**managed by Synaptyk Group, LLC**<br>**(Mr. & Ms. Raymond own 100%)**<br>**no longer operating** | **100%** | **$0.00** |
| **Synaptyk Studio, LLC**<br>**(70% owner of Studio AO!, LLC)**<br>**Mr. & Ms. Raymond owned the majority of this game**<br>**no assets or operations** | **70%** | **$0.00** |
| **Synaptyk Group, LLC**<br>**(Mr. & Ms. Raymond own 100%)**<br>**no longer operating** | **100%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

_Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.

_Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**

_Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately. Type of account: Institution name:

Debtor 1    **Jett Shae Raymond** _____    Case number (if known) _____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................    Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them             _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
information about them             _____

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
information about them             _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal: _____

State: _____

Local: _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information             _____

Debtor 1    **Jett Shae Raymond** _____    Case number (if known) _____

**31. Interests in insurance policies**
_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................    Company name:                 Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                                _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                                _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                                  _____

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................➔    | $19.00 |

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

                                                                                        Current value of the
                                                                                        portion you own?
                                                                                        Do not deduct secured
                                                                                        claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                                                 _____

**39. Office equipment, furnishings, and supplies**
_Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                                                                 _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..  **Screwdrivers - other handtools, Cable testers, ladder**              _____$250.00

**41. Inventory**

☑ No
☐ Yes. Describe..                                                                                                 _____

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                  % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

      ☐ No
      ☐ Yes. Describe.....                          _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.......................................................................................➔ | **$250.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                      **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                         _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................            _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                         _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                         _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................            _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.......................................................................................➔ | **$0.00** |

Debtor 1    **Jett Shae Raymond**                                          Case number (if known) _____

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔ | **$0.00** |

---

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**..................................................................................... ➔  $879,612.00

56. **Part 2: Total vehicles, line 5**                                         $13,750.00

57. **Part 3: Total personal and household items, line 15**                  $2,600.00

58. **Part 4: Total financial assets, line 36**                              $19.00

59. **Part 5: Total business-related property, line 45**                     $250.00

60. **Part 6: Total farm- and fishing-related property, line 52**            $0.00

61. **Part 7: Total other property not listed, line 54**                 +   $0.00

62. **Total personal property.**    Add lines 56 through 61................. | **$16,619.00** | Copy personal property total ➔ + $16,619.00

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62.............................................................. | **$896,231.00** |

**Fill in this information to identify your case:**

Debtor 1 __Jett__ __Shae__ __Raymond__
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homestead - 29 Windsor Ridge**<br>**Value per Denton County Appraisal District**<br>**29 Windsor Ridge**<br>**Frisco, TX 75034**<br>**Stonebriar Section:**<br>**Blk B, Lot 4;**<br>**Purchased: July 2011**<br>**No gas or oil lease**<br>**(lien in favor of City Bank of Texas)**<br>Line from *Schedule A/B*: __1.1__ | **$879,612.00** | ☐ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $155,675?**
(Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No
☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
☒ No
☐ Yes

Debtor 1    **Jett Shae Raymond**                               Case number (if known)

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2014 Infiniti QX 60**<br>**Value per NADA**<br>**(lien in favor of City Bank)**<br>**(driven by NFS)**<br>Line from *Schedule A/B*: __3.1__ | $13,750.00 | ☑   $0.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Household Furnishings**<br><br>Line from *Schedule A/B*: __6__ | $1,550.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Typical Household Electronics**<br><br>Line from *Schedule A/B*: __7__ | $600.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Kimber .45 pistol**<br><br>Line from *Schedule A/B*: __9__ | $250.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Clothing**<br><br>Line from *Schedule A/B*: __11__ | $200.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Screwdrivers - other handtools, Cable testers, ladder**<br>Line from *Schedule A/B*: __40__ | $250.00 | ☐<br>☑   100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | _Jett_ | _Shae_ | _Raymond_ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**City Bank**
Creditor's name
**Po Box 5060**
Number      Street

Describe the property that secures the claim:

**2014 Infiniti QX 60**

| | **$22,667.00** | **$13,750.00** | **$8,917.00** |
|---|---|---|---|

_____

| **Lubbock** | **TX** | **79408** |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**   _09/2016_

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Automobile**

**Last 4 digits of account number**   _3_ _8_ _7_ _3_

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| **$22,667.00** |
|---|

Debtor 1 **Jett Shae Raymond**                                   Case number (if known) _____

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | | | |

| 2.2 | Describe the property that secures the claim: | $434,463.00 | $879,612.00 | |

**Dovenmuehle/City Bank**
Creditor's name
**PO Box 5060**
Number    Street

**Homestead - 29 Windsor Ridge**

**Lubbock        TX    79408**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred    **07/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    **2   3   9   8**

| 2.3 | Describe the property that secures the claim: | $5,462.00 | $879,612.00 | |

**StoneBriar HOA**
Creditor's name
**c/o Henry, Oddo, Austin & Fletcher, P**
Number    Street
**1700 Pacific Ave. # 2700**

**Homestead - 29 Windsor Ridge**

**Dallas        TX    75201**
City                State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred    **various**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **HoA dues**

Last 4 digits of account number    ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:            **$439,925.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:        **$462,592.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jett** | **Shae** | **Raymond** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| Priority Creditor's Name | **Last 4 digits of account number** __ __ __ __ |
| | **When was the debt incurred?** _____ |
| Number       Street | |
| | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| | ☐ Unliquidated |
| City                State     ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **Jett Shae Raymond** _____   Case number (if known) _____

## Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑  Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | **Total claim** |
|---|---|

| **4.1** | | |
|---|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 650448**
Number          Street

_____

**Dallas**                **TX**    **75265-0448**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**business debt**

**Last 4 digits of account number**    **1    0    0    4**
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

**$205,659.65**

| **4.2** | | |
|---|---|---|

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**P.O. Box 8801**

_____

**Wilmington**            **DE**    **19899**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another
☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**business debt**

**Last 4 digits of account number**    **6    3    9    3**
**When was the debt incurred?**        **04/2014**

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Credit Card**

**$10,391.00**

Debtor 1    **Jett Shae Raymond**         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.3**

                         **$2,464.00**

**Cap1/bstby**
Nonpriority Creditor's Name
**PO Box 790441**
Number     Street

Last 4 digits of account number    **8**   **9**   **0**   **9**

When was the debt incurred?    **10/2010**

**St Louis**          **MO**    **63179**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**business debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Charge Account**

---

**4.4**

                         **$16,190.00**

**Cavalry Portfolio Services**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**500 Summit Lake Ste 400**
Number     Street

Last 4 digits of account number    **6**   **5**   **8**   **5**

When was the debt incurred?    **12/2017**

**Valhalla**          **NY**    **10595**
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**business debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Attorney**

Debtor 1   **Jett Shae Raymond**            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.5 | | | **$214.17** |
|---|---|---|---|

**CE - DFW Warehouse Solutions**
Nonpriority Creditor's Name
**900 Port America Pl.**
Number    Street

_____

**Grapevine**      **TX**    **76051**
City          State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**BUSINESS DEBT**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Services Rendered**

| 4.6 | | | **$8,405.00** |
|---|---|---|---|

**Chase Card**
Nonpriority Creditor's Name
**Po Box 15298**
Number    Street

_____

**Wilmington**      **DE**    **19850**
City          State   ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**business debt**

**Last 4 digits of account number**   **1**   **8**   **0**   **9**

**When was the debt incurred?**    **09/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

Debtor 1 **Jett Shae Raymond**      Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
| --- | --- |

**4.7**

| | | Total claim |
| --- | --- | --- |
| | | **$3,699.00** |

**Chase Card**
Nonpriority Creditor's Name
**Po Box 15298**
Number     Street

_____

**Wilmington**     **DE**     **19850**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**business debt**

**Last 4 digits of account number**   6   5   3   1
**When was the debt incurred?**    09/2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

**4.8**

| | | Total claim |
| --- | --- | --- |
| | | **$15,433.00** |

**Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 15298**

_____

**Wilmington**     **DE**     **19850**
City      State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**business debt**

**Last 4 digits of account number**   4   8   2   4
**When was the debt incurred?**    09/09/2008

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Debtor 1 **Jett Shae Raymond**      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | | $30,996.00 |

**Citibank Sd, Na**
Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**
Number    Street
**PO Box 20363**
_____

**Kansas City**    **MO**    **64195**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**business debt**

**Last 4 digits of account number**   **7**  **6**  **0**  **5**

**When was the debt incurred?**   **07/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

| 4.10 | | $14,714.00 |

**Citibank Sd, Na**
Nonpriority Creditor's Name
**Citi Corp Credit Services/Attn:Centraliz**
Number    Street
**PO Box 790040**
_____

**Saint Louis**    **MO**    **63179**
City    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**business debt**

**Last 4 digits of account number**   **9**  **9**  **5**  **4**

**When was the debt incurred?**   **08/26/2010**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

Debtor 1    **Jett Shae Raymond**                            Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                                      | **Total claim** |

| 4.11 |                                                                            **$25,006.97**

**Citibank Sd, Na**                          Last 4 digits of account number    **3   7   8   6**
Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**             **When was the debt incurred?** _____
Number        Street
**PO Box 20363**                             **As of the date you file, the claim is:** Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Kansas City        MO    64195**           ☐ Disputed
City                State    ZIP Code
**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**              **Credit Card**
☑ No
☐ Yes

**business debt**

| 4.12 |                                                                            **$502.00**

**Citibank/The Home Depot**                  Last 4 digits of account number    **9   4   6   4**
Nonpriority Creditor's Name
**Citicorp Credit Srvs/Centralized Bankrup** **When was the debt incurred?**   **10/2009**
Number        Street
**PO Box 790040**                            **As of the date you file, the claim is:** Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Saint Louis        MO    63179**           ☐ Disputed
City                State    ZIP Code
**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**              **Charge Account**
☑ No
☐ Yes

| 4.13 |                                                                            **$13,456.93**

**Colemanz Construction, LLC**               Last 4 digits of account number    ___ ___ ___ ___
Nonpriority Creditor's Name
**652 Spruell Rd.**                           **When was the debt incurred?** _____
Number        Street
                                             **As of the date you file, the claim is:** Check all that apply.
                                             ☐ Contingent
                                             ☐ Unliquidated
**Monroe          LA    71202**              ☐ Disputed
City                State    ZIP Code
**Who incurred the debt?**   Check one.      **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
**Is the claim subject to offset?**              **Deficiency**
☑ No
☐ Yes

**BUSINESS DEBT**

Debtor 1 **Jett Shae Raymond**                                              Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.14 | | **$181.00** |
|---|---|---|

**Enterprise**
Nonpriority Creditor's Name
**TollPass Processing Center**
Number     Street
**PO Box 30**

**Roslyn Heights, NY 1157SCRBH7**

City                    State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**business debt**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Services Rendered**

| 4.15 | | **$36,720.00** |
|---|---|---|

**Ford Motor Credit Corporation**
Nonpriority Creditor's Name
**Ford Motor Credit**
Number     Street
**PO Box 6275**

**Dearborn           MI      48121**
City                    State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**   5  3  2  4
**When was the debt incurred?**        03/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Deficiency**

Debtor 1   **Jett Shae Raymond**        Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

| **4.16** | | **$1,102.00** |
|---|---|---|

**GECRB/Sams Club**
Nonpriority Creditor's Name
**GECRB/Sams Club**
Number    Street
**PO Box 103104**

**Roswell**      **GA**    **30076**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**business debt**

**Last 4 digits of account number**    **5**   **9**   **3**   **2**
**When was the debt incurred?**    **04/2010**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| **4.17** | | **$101,309.98** |
|---|---|---|

**GP Park II, LLC / Granite Park Two**
Nonpriority Creditor's Name
**5700 Granite Pkwy,**
Number    Street

**Plano**      **TX**    **75024**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**    ___ ___ ___ ___
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deficiency**

Debtor 1 **Jett Shae Raymond**                    Case number (if known) _____

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

| 4.18 | | $1,800,000.00 |

**Happy State Bank**
Nonpriority Creditor's Name
**P.O. Box 68**
Number      Street
_____

**Happy**                    **TX**      **79042**
City                  State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**guaranty of business debt**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Judgment (See SOFA# 10)**

| 4.19 | | $17,330.45 |

**ITT Valwood West Industrial**
Nonpriority Creditor's Name
**PO Box 204900**
Number      Street
**Dept 204946**
_____

**Dallas**                    **TX**      **75320**
City                  State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Deficiency**

Debtor 1 __**Jett Shae Raymond**_____ Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.20 | | **$552.53** |

**Just Energy**
Nonpriority Creditor's Name
**PO Box 460008**
Number        Street

_____

**Houston**          **TX**    **77056**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**business debt**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify **Utilities**

| 4.21 | | **$7,316.35** |

**Kelly, Hart & Hallman**
Nonpriority Creditor's Name
**201 Main, Ste 2500**
Number        Street

_____

**Fort Worth**        **TX**    **76102**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify **Attorney**

| 4.22 | | **$1,047.22** |

**NTTA**
Nonpriority Creditor's Name
**PO Box 660244**
Number        Street

_____

**Dallas**          **TX**    **75266-0244**
City              State    ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __1__ __4__ __2__ __8__
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify **Tollway fees**

Debtor 1 **Jett Shae Raymond** Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.23** | | $548.00

**Quigley Cousins, LLC**
Nonpriority Creditor's Name
**8200 Boulder River Trail,**
Number     Street

_____

**McKinney            TX     75070**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Judgment (See SOFA# 9)**

---

**4.24** | | $554.65

**Republic Services**
Nonpriority Creditor's Name
**4200 E. 14th St.**
Number     Street

_____

**Plano.              TX     75074**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**BUSINESS DEBT**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Services Rendered**

---

**4.25** | | $5,401.81

**Sunbelt Rentals**
Nonpriority Creditor's Name
**PO Box 409211**
Number     Street

_____

**Atlanta             GA     30384**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**business debt**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Vendor**

Debtor 1 __Jett Shae Raymond_____  Case number (if known) _____

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.26**

**$39,299.43**

**TRS - Rentelco**
Nonpriority Creditor's Name
**1830 W. Airfield Dr.**
Number        Street

_____

**DFW Airport**              **TX**    **75261-9260**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deficiency**

---

**4.27**

**$15,066.45**

**Valmont Ste Pro 1**
Nonpriority Creditor's Name
**15 Oser Avenue**
Number        Street

_____

**Hauppauge**              **NY**    **11788**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Vendor**

Debtor 1    **Jett Shae Raymond**          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  |  | **Total claim** |
|---|---|---|

| 4.28 | | **$7,110.00** |
|---|---|---|

**Wells Fargo Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 6429**

**Greenville**       **SC**    **29606**
City          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**business debt**

**Last 4 digits of account number**    **2**   **2**   **2**   **0**

**When was the debt incurred?**    **09/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.29 | | **$1,412.40** |
|---|---|---|

**Wells Fargo Equipment Finance**
Nonpriority Creditor's Name
**PO Box 7777**
Number     Street
**San Francisco, CA 94120-777**

City          State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Deficiency**

Debtor 1    **Jett Shae Raymond**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.30 | | **$4,870.96** |
|---|---|---|

**WEX Online**
Nonpriority Creditor's Name
**Wex Bank**
Number        Street
**PO Box 6293**

**Carol Stream**           **IL**      **60197-6293**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**BUSINESS DEBT**

**Last 4 digits of account number    6   1   8   4**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

| 4.31 | | **$6,050.00** |
|---|---|---|

**Wfdillards**
Nonpriority Creditor's Name
**Po Box 14517**
Number        Street

**Des Moines**            **IA**     **50306**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number    2   2   2   0**

**When was the debt incurred?**  09/19/2013

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card**

Debtor 1    **Jett Shae Raymond**           Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Adam Price**
Name
**335 Willow Wood Street**
Number    Street
**335 Willow Wood Street**

_____
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Non-Purchase Money**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Agents Alliance Services, LTD/**
Name
**Moore Insurance Group LLC**
Number    Street
**2591 Dallas Pkwy, Suite 407**

**Frisco**       **TX**    **75034-8552**
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**AllianceOne Receivables**
Name
**Management Inc.**
Number    Street
**PO BOX 3107**

**Southeastern**     **PA**    **19398-3107**
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**AllianceOne Receivables**
Name
**Management Inc.**
Number    Street
**PO BOX 1007**

**Arlington**      **TX**    **76004-1007**
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**American Credit Systems, Inc.**
Name
**400 West Lake Street, Suite 111**
Number    Street
**PO BOX 72849**

**Roselle**       **IL**    **60172-0849**
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**American Express**
Name
**c/o Becket and Lee, LLP**
Number    Street
**PO Box 3001**

**Malvern**      **PA**    **19355-0701**
City       State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
**Credit Card**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

__Anixter_____
Name
__1601 Waters Ridge Road_____
Number        Street
_____
_____

__Lewisville_____ __TX__ __75057-6013__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

__Appia Communications_____
Name
__1030 Hastings, Suite 100_____
Number        Street
_____
_____

__Traverse City_____ __MI__ __49686-3470__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

__arrollton-Farmers Branch ISD_____
Name
__Eboney Cobb_____
Number        Street
__Perdue Brandon Fielder Et Al_____
__500 E. Border St. Suite 640_____
__Arlington_____ __TX__ __76010__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Property Taxes**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

__ARS National Services Inc._____
Name
__PO BOX 469100_____
Number        Street
_____
_____

__Escondido_____ __CA__ __92046-9100__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Non-Purchase Money**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

__Atmos Energy_____
Name
__PO BOX 790311_____
Number        Street
_____
_____

__St. Louis_____ __MO__ __63179-0311__
City                State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

__Avis_____
Name
__7876 Collections Center_____
Number        Street
_____
_____

__Chicago_____ __IL__ __60693__
City                State    ZIP Code

**BUSINESS DEBT**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Vendor**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __ __ __ __ __

Debtor 1   **Jett Shae Raymond**        Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Capital Management Services, LP**
Name
**PO BOX 120**
Number    Street

**Buffalo**      **NY**    **14206**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Capital Premium Financing**
Name
**PO BOX 660899**
Number    Street

**Dallas**      **TX**    **75266-0899**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Carrington Mortgage Services**
Name
**Attn: Bankruptcy**
Number    Street
**PO Box 3730**

**Anaheim**      **CA**    **92806**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _5_ _9_ _5_ _1_

---

**Carrollton-Farmers Branch I.S.D.**
Name
**1445 N. Perry Road**
Number    Street
**PO BOX 110611**

**Carrollton**      **TX**    **75011-0611**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Carrollton-Farmers Branch Independent Sc**
Name
**c/o Daniel K. Bearnden, Esq.**
Number    Street
**Law Offices Of Robert E. Luna, P.C.**
**4411 North Central Expressway**
**Dallas**      **TX**    **75205-4210**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**CE - DFW Warehouse Solutions**
Name
**PO BOX 660899**
Number    Street

**Dallas**      **TX**    **75266-0899**
City      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1    **Jett Shae Raymond**                                    Case number (if known) _____

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Citibank**
Name
**PO Box 790034**
Number          Street

_____

**Saint Louis          MO      63179**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Citimortgage Inc**
Name
**Po Box 9438,dept 0251**
Number          Street

_____

**Gaithersburg          MD      20898**
City                      State    ZIP Code

**29 Windsor Ridge
Frisco, TX 75034**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    2  2  7  2

---

**COLLIN COUNTY TAX ASSESSOR/COLLECTOR**
Name
**C/O GAY MCCALL ISAACKS ET AL**
Number          Street
**777 E 15TH ST**

_____

**PLANO          TX      75074-5799**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Collin County Tax Assessor/Collector**
Name
**c/o Gay McCall Isaacks et al**
Number          Street
**777 E. 15th St**

_____

**Plano          TX      75074**
City                      State    ZIP Code

**business debt**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Colony Insurance Company**
Name
**c/o Audrey Richards**
Number          Street
**PO Box 469011**

_____

**San Antonio          TX      78246**
City                      State    ZIP Code

**business debt**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Continuum**
Name
**99 High St, 31st Floor**
Number          Street

_____

**Boston          MA      02110-2329**
City                      State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1 __Jett Shae Raymond__ Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Darren R. Hatch**
Name
**White Rock Tower, Suite 300**
Number        Street
**6510 Abrams Road**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Dallas**            **TX**    **75231-7217**
City                State    ZIP Code

---

**Darren R. Hatch**
Name
**Reagan McLain & Hatch, LLP**
Number        Street
**White Rock Tower, Suite 300**

**6510 Abrams Rd.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Dallas**            **TX**    **75231**
City                State    ZIP Code

**business debt**

---

**Dean Raymond**
Name
**504 Upland Ave**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Lubbock**            **TX**    **79416-6610**
City                State    ZIP Code

---

**Deans & Lyons**
Name
**Attn: Robert J. Bogdanowicz III**
Number        Street
**325 N. Saint Paul St., Suite 1500**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Dallas**            **TX**    **75201-3891**
City                State    ZIP Code

---

**Department of Labor and Industries**
Name
**PO BOX 34974**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Seattle**            **WA**    **98124-1974**
City                State    ZIP Code

---

**DFW Airport, TX 75261**
Name
**United Collection Bureau, Inc**
Number        Street
**PO BOX 140310**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Toledo**            **OH**    **43614-0310**
City                State    ZIP Code

Debtor 1   **Jett Shae Raymond**          Case number (if known) _____

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page**

---

**Dillon Stone**
Name
**7309 Royal Crest Lane**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Plano**      **TX**    **75025-3071**
City         State    ZIP Code

---

**Diversified Adjustment Service, Inc**
Name
**PO BOX 32145**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Fridley**      **MN**    **55432-0145**
City         State    ZIP Code

---

**Doug Bynum**
Name
**PO BOX 261853**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Plano**      **TX**    **75026-1853**
City         State    ZIP Code

---

**Eagle Capital**
Name
**PO Box 4215**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Tupelo**      **MS**    **38803**
City         State    ZIP Code

**business debt**

---

**EAN Holdings, LLC**
Name
**600 Corporate Park Dr**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**St. Louis**      **MO**    **63105-4204**
City         State    ZIP Code

---

**Enterprise Rent-a-Car**
Name
**PO Box**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):
**Alternate Address**
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

**Kansas City**      **MO**    **64184-3369**
City         State    ZIP Code

**business debt**

---

Debtor 1 **Jett Shae Raymond**                                   Case number (if known) _____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**First Financial Asset Mgmt, Inc.**
Name
**3091 Governors Lake Drive**
Number        Street
**Suite 500**

**Peachtree Corners        GA        30071-1135**
City                          State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Firstsource Advantage, LLC**
Name
**205 Bryant Woods South**
Number        Street

**Amherst        NY        14228-3609**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**FMA Alliance, Ltd.**
Name
**PO BOX 2409**
Number        Street

**Houston        TX        77252-2409**
City              State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Foley Carrier Services**
Name
**655 Winding Brook Drive**
Number        Street

**Glastonbury        CT        06033-4337**
City                  State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Gay, McCall, Isaacks & Roberts**
Name
**Attn: Erin Minett**
Number        Street
**777 East 15th Street**

**Plano        TX        75074-5799**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Goldman, Evans & Trammell LLC**
Name
**10323 Cross Creek Blvd 11 F11**
Number        Street

**Tampa        FL        33647-2988**
City            State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1 __Jett Shae Raymond__ Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

__Harrell Pailet & Associates, P.C.__
Name
__5454 La Sierra Drive, Suite 100__
Number        Street
_____

__Dallas__          __TX__      __75231-2342__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Ingold Law__
Name
__5555 Main Street__
Number        Street
_____

__Williamsville__      __NY__      __14221-5430__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Jacob M. Figrlman__
Name
__275 W. Campbell Suite 312__
Number        Street
_____

__Richardson__      __TX__      __75080__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__James Brendan Carroll III__
Name
__501 Elm St__
Number        Street
__Suite 385, L.B. 33__

__Dallas__          __TX__      __75202-3303__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__James Creedon__
Name
__Klemchuk, LLP__
Number        Street
__8150 N. Central Expy.__

__10th Floor__
__Dallas__          __TX__      __75206__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

__Jameson and Dunagan, P.C.__
Name
__Attn: Chris P. Jameson__
Number        Street
__5429 LBJ Freeway, Suite 700__

__Dallas__          __TX__      __75240-2610__
City               State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1 **Jett Shae Raymond**                                          Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Jeff Carruth**
Name
**Weycer, Kaplan, Pulaski, & Zuber, PC**
Number      Street
**3030 Matlock Rd, Suite 201**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Arlington**              **TX**    **76015**
City                      State   ZIP Code

---

**Law Offices of Robert E. Luna, P.C.**
Name
**Attn: Daniel K. Bearden, Jr.**
Number      Street
**4411 North Central Expressway**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Dallas**                **TX**    **75205-4210**
City                      State   ZIP Code

---

**Law Offices of Scott H. Richard**
Name
**Attn: Scott H. Richard**
Number      Street
**1000 E. Beltline Rd, Suite 250**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Carrollton**            **TX**    **75006-6297**
City                      State   ZIP Code

---

**LTD Financial Services, L.P.**
Name
**7322 Southwest Freeway Suite 1600**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Houston**               **TX**    **77074-2134**
City                      State   ZIP Code

---

**Mc Grath RentCorp**
Name
**d/b/a TRS - Rentelco**
Number      Street
**1830 W. Airfield Dr.**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**DFW Airport**           **TX**    **75261-9260**
City                      State   ZIP Code

---

**McCarthy, Burgess & Wolfe**
Name
**The MB&W Building**
Number      Street
**26000 Cannon Road**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

**Cleveland**             **OH**    **44146-1807**
City                      State   ZIP Code

Debtor 1    **Jett Shae Raymond**        Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Nationstar Mortgage LLC**
Name
**Attn: Bankruptcy**
Number     Street
**350 Highland Dr**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Lewisville**     **TX**    **75067**
City       State    ZIP Code

Last 4 digits of account number   0   9   2   3

---

**NCS**
Name
**PO BOX 24101**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Cleveland**     **OH**    **44124-0101**
City       State    ZIP Code

Last 4 digits of account number   __ __ __ __

---

**Northland Group Inc.**
Name
**PO BOX 390846**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Minneapolis**     **MN**    **55439-0846**
City       State    ZIP Code

Last 4 digits of account number   __ __ __ __

---

**NTTA**
Name
**PO Box 260928**
Number     Street
**Tollway Fees**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Plano**     **TX**    **75026**
City       State    ZIP Code
**BUSINESS DEBT**

Last 4 digits of account number   __ __ __ __

---

**Phillips & Cohen Associates, Ltd.**
Name
**Mail Stop: 871**
Number     Street
**1004 Justison Street**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Wilmington**     **DE**    **19801-5148**
City       State    ZIP Code

Last 4 digits of account number   __ __ __ __

---

**PORTFOLIO RECOVERY ASSOCIATES LLC**
Name
**PO BOX 41067**
Number     Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*
  ☐ Part 1: Creditors with Priority Unsecured Claims
  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**NORFOLK**     **VA**    **23541-1067**
City       State    ZIP Code

Last 4 digits of account number   __ __ __ __

Debtor 1 **Jett Shae Raymond**                                        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**ReadyRefresh by Nestle**
Name
**PO BOX 5010**
Number    Street

_____

**Woodland Hills        CA      91365-5010**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Receivable Management Service**
Name
**1250 E. Diehl Rd, Ste 300**
Number    Street
**PO BOX 3100**

**Naperville        IL      60566-7100**
City               State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Receivables Performance Management**
Name
**PO BOX 1548**
Number    Street

**Lynnwood        WA      98046-1548**
City             State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Republic Services**
Name
**4200 E 14th St**
Number    Street

**Plano        TX      75074-7102**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Rossenberger Site Solutions, LLC**
Name
**PO Box 4268**
Number    Street

**Lake Charles        LA      70606**
City                 State    ZIP Code
**BUSINESS DEBT**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Southwest Credit**
Name
**4120 International Pkwy, Suite 1100**
Number    Street

**Carrollton        TX      75007-1958**
City               State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Collection Agency**          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1 **Jett Shae Raymond**                                        Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Stream realty Partners- DFW**
Name
**2805 N. Dallas Parkway, Suite 260**
Number       Street
**Lock Box #12**

**Plano**                **TX**    **75093**
City                   State    ZIP Code
**BUSINESS DEBT**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Deficiency**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**T. Craig Sheils**
Name
**Sheils Winnubst, PC**
Number       Street
**1701 N. Collins Blvd. Suite 1100**

**Richardson**           **TX**    **75080**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**TRS - Rentelco**
Name
**PO Box 619260**
Number       Street

**DFW Airport**          **TX**    **75261-9260**
City                   State    ZIP Code
**alternate address**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Deficiency**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**United Collection Bureau, Inc.**
Name
**PO BOX 140310**
Number       Street

**Toledo**               **OH**    **43614-0310**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

**Us Bank**
Name
**425 Walnut St**
Number       Street

**Cincinnati**           **OH**    **45202**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   9 4 0 2

---

**Valmont Site Pro 1**
Name
**15 Oser Ave**
Number       Street

**Hauppauge**            **NY**    **11788**
City                   State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

---

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

## Part 3: List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

__Verizon__
Name
__PO BOX 660108__
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Dallas__          __TX__  __75266-0108__
City          State  ZIP Code

---

__Verizon__
Name
__PO BOX 920041__
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Dallas__          __TX__  __75392-0041__
City          State  ZIP Code

---

__Weycer, Kaplan, Pulaski, & Zuber, PC__
Name
__3030 Matlock Rd, Suite 201__
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Arlington__          __TX__  __76015__
City          State  ZIP Code

__represents Happy State Bank__

---

__William L. Siegel__
Name
__Cowles & Thompson__
Number        Street
__901 Main Street, Suite 3900__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Dallas__          __TX__  __75202__
City          State  ZIP Code

---

__Windham Professionals, Inc.__
Name
__382 Main Street__
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Salem__          __NH__  __03079-2412__
City          State  ZIP Code

---

__Zurich North America__
Name
__1400 American Lane__
Number        Street
__Tower 2 Floor 5__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of _(Check one):_  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __ __ __ __ __

__Schaumburg__          __IL__  __60196-5452__
City          State  ZIP Code

Debtor 1    **Jett Shae Raymond**      Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Zwicker & Associates, PC**
Name
**Old Town Square 1 Chisolm Trail**
Number    Street
**Suite 301**

**Round Rock**     **TX**    **78681**
City     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1 **Jett Shae Raymond**                                          Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. $0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $2,393,004.95 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $2,393,004.95 |

**Fill in this information to identify your case:**

Debtor 1    <u>**Jett**</u>      <u>**Shae**</u>      <u>**Raymond**</u>
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**      **State what the contract or lease is for**

**Fill in this information to identify your case:**

| Debtor 1 | _Jett_ | _Shae_ | _Raymond_ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☒ Yes

      In which community state or territory did you live?   **Texas**   Fill in the name and current address of that person.

      **Carrie Jan Raymond**
      Name of your spouse, former spouse, or legal equivalent
      **29 Windsor Ridge**
      Number     Street

      _____

      **Frisco**                    **TX**        **75034**
      City                          State        ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Raymond, Carrie Jan** |
   |---|---|
   | | Name |

   **29 Windsor Ridge**
   Number     Street

   _____

   **Frisco**                    **TX**        **75034**
   City                          State        ZIP Code

   ☐ Schedule D, line _____
   ☒ Schedule E/F, line   **5.35**
   ☐ Schedule G, line _____

   **EAN Holdings, LLC**

Debtor 1     **Jett Shae Raymond**                                           Case number (if known) _____

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1: **Your codebtor**                                   Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.37**__
☐ Schedule G, line _____
**First Financial Asset Mgmt, Inc.**

**3.3** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.38**__
☐ Schedule G, line _____
**Firstsource Advantage, LLC**

**3.4** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.39**__
☐ Schedule G, line _____
**FMA Alliance, Ltd.**

**3.5** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.40**__
☐ Schedule G, line _____
**Foley Carrier Services**

**3.6** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.41**__
☐ Schedule G, line _____
**Gay, McCall, Isaacks & Roberts**

**3.7** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.42**__
☐ Schedule G, line _____
**Goldman, Evans & Trammell LLC**

**3.8** **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number      Street

**Frisco**                    **TX**      **75034**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**5.43**__
☐ Schedule G, line _____
**Harrell Pailet & Associates, P.C.**

Debtor 1   **Jett Shae Raymond**                 Case number (if known) _____

### Additional Page to List More Codebtors

Column 1: **Your codebtor**                Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.9 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.44**
☐ Schedule G, line _____
**Ingold Law**

| 3.10 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.46**
☐ Schedule G, line _____
**James Brendan Carroll III**

| 3.11 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.48**
☐ Schedule G, line _____
**Jameson and Dunagan, P.C.**

| 3.12 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.50**
☐ Schedule G, line _____
**Law Offices of Robert E. Luna, P.C.**

| 3.13 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.51**
☐ Schedule G, line _____
**Law Offices of Scott H. Richard**

| 3.14 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.52**
☐ Schedule G, line _____
**LTD Financial Services, L.P.**

| 3.15 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number    Street |
| | **Frisco**      **TX**      **75034** |
| | City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.54**
☐ Schedule G, line _____
**McCarthy, Burgess & Wolfe**

Debtor 1    **Jett Shae Raymond**         Case number (if known) _____

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**         Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.16**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.56**
☐ Schedule G, line _____
**NCS**

**3.17**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.57**
☐ Schedule G, line _____
**Northland Group Inc.**

**3.18**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.59**
☐ Schedule G, line _____
**Phillips & Cohen Associates, Ltd.**

**3.19**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.60**
☐ Schedule G, line _____
**PORTFOLIO RECOVERY ASSOCIATES LLC**

**3.20**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.23**
☐ Schedule G, line _____
**Quigley Cousins, LLC**

**3.21**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.61**
☐ Schedule G, line _____
**ReadyRefresh by Nestle**

**3.22**   **Raymond, Carrie Jan**
Name
**29 Windsor Ridge**
Number    Street

**Frisco**      **TX**    **75034**
City      State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **5.62**
☐ Schedule G, line _____
**Receivable Management Service**

Debtor 1  **Jett Shae Raymond**_____ Case number (if known) _____

█████ **Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.23 | **Raymond, Carrie Jan** | | |
|---|---|---|---|
| | Name | | |
| | **29 Windsor Ridge** | | |
| | Number | Street | |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.63**
☐ Schedule G, line _____
**Receivables Performance Management**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.24 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.64**
☐ Schedule G, line _____
**Republic Services**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.25 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.70**
☐ Schedule G, line _____
**United Collection Bureau, Inc.**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.26 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.72**
☐ Schedule G, line _____
**Valmont Site Pro 1**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.27 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.74**
☐ Schedule G, line _____
**Verizon**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.28 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.73**
☐ Schedule G, line _____
**Verizon**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

| 3.29 | **Raymond, Carrie Jan** |
|---|---|
| | Name |
| | **29 Windsor Ridge** |
| | Number   Street |

☐ Schedule D, line _____
☑ Schedule E/F, line **5.77**
☐ Schedule G, line _____
**Windham Professionals, Inc.**

**Frisco**     **TX**     **75034**
City     State     ZIP Code

Debtor 1   **Jett Shae Raymond**                                        Case number (if known)

| | **Additional Page to List More Codebtors** |

Column 1:  **Your codebtor**                         Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.30 | **Raymond, Carrie Jan** |
Name

**29 Windsor Ridge**
Number        Street

☐  Schedule D, line _____

☑  Schedule E/F, line   **5.78**

☐  Schedule G, line _____

**Frisco**                 **TX**      **75034**
City                        State       ZIP Code

**Zurich North America**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jett** First Name   **Shae** Middle Name   **Raymond** Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1.   **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed ☑ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | **Unemployed** | **Certified Dental Assistant** |
| **Employer's name** | | **Stelly Family Dentistry** |
| **Employer's address** | Number  Street | **5800 Coit Rd. Ste 700** Number  Street |
| | City          State  Zip Code | **Plano          TX  75023** City          State  Zip Code |
| **How long employed there?** | | **22 months** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   **$0.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +   **$0.00** | **$0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4.   **$0.00** | **$0.00** |

Debtor 1    **Jett Shae Raymond**                                                    Case number (if known)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................................. ➔ | 4. | $0.00 | $0.00 |
| **5. List all payroll deductions:** |  |  |  |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |
| **8. List all other income regularly received:** |  |  |  |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive |  |  |  |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. |  |  |  |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

**10. Calculate monthly income.** Add line 7 + line 9.  
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10.  $0.00  +  $0.00  =  $0.00

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11. +  $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.  $0.00
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☒ Yes. Explain:    **Cost of living increases. Mr. Raymond & his spouse are seperated; they do not share income or expenses.**

**Fill in this information to identify your case:**

| Debtor 1 | Jett | Shae | Raymond |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   　　☐ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.** 　　4. 　　　$850.00
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes 　　　　　　　　　　　　　　　　4a.

   4b. Property, homeowner's, or renter's insurance 　　　　4b.

   4c. Home maintenance, repair, and upkeep expenses 　　4c.

   4d. Homeowner's association or condominium dues 　　　4d.

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

Your expenses

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. _____ |
| | 6b. Water, sewer, garbage collection | 6b. _____ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ |
| | 6d. Other. Specify: __**Cell Phone**__ | 6d. **$260.00** |
| 7. | **Food and housekeeping supplies** | 7. **$400.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. _____ |
| 11. | **Medical and dental expenses** | 11. _____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$100.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. _____ |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. _____ |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Debtor 1    **Jett Shae Raymond** _____    Case number (if known) _____

| 21. | **Other.** Specify: _____ | 21. | + _____ |
|---|---|---|---|

**22. Calculate your monthly expenses.**

| | 22a. | Add lines 4 through 21. | 22a. | **$1,660.00** |
|---|---|---|---|---|
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| | 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$1,660.00** |

**23. Calculate your monthly net income.**

| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$0.00** |
|---|---|---|---|---|
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. | – **$1,660.00** |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **($1,660.00)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    Explain here:
**Inflationary increases in expenses. Mr. Raymond has been working odd jobs & getting help from hir friends & family to make ends meet. Mr. Raymond is staying with a friend since he is seperated from NFS.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jett** | **Shae** | **Raymond** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................. | **$879,612.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | **$16,619.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | **$896,231.00** |

### Part 2: Summarize Your Liabilities

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$462,592.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$2,393,004.95** |
| | **Your total liabilities** | **$2,855,596.95** |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I............................................... | **$0.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................... | **$1,660.00** |

Debtor 1    **Jett Shae Raymond** _____    Case number (if known) _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**   *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

_____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

|  | **Total claim** |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.   Domestic support obligations.  (Copy line 6a.) | _____ |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | _____ |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | _____ |
| 9d.   Student loans.  (Copy line 6f.) | _____ |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | _____ |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** _____ |
| 9g.   **Total.**   Add lines 9a through 9f. | _____ |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jett** | **Shae** | **Raymond** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jett Shae Raymond**                    X _____
Jett Shae Raymond, Debtor 1                    Signature of Debtor 2

Date **05/08/2019**                            Date _____
MM / DD / YYYY                                 MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    __Jett__      __Shae__      __Raymond__
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☒ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☒ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☐ No
   - ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   - ☐ No
   - ☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$3,100.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$59,500.00 (est.)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | **$135,500.00 (est.)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

Debtor 1    **Jett Shae Raymond**               Case number (if known) _____

**5.**    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>               YYYY | Sale of Gent's<br>(see SOFA# 18) | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>               YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

---

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **City Bank Texas** | | **$8,823.00** | **$469,048.00** | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **Attn:Deann Harris/Special Assets** | 4/2019 | | | ☐ Credit card |
| Number Street | 3/2019 | | | ☐ Loan repayment |
| **PO Box 5060** | 2/2019 | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **Lubbock** **TX** **79408** | | | | |
| City State ZIP Code | | | | |

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

Debtor 1 __Jett Shae Raymond__      Case number (if known) _____

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes.  List all payments that benefited an insider.

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Happy State Bank v. Carrie J. Raymond and Jett Shae Raymond** | **debt** | **14th Judicial District Court** <br> Court Name <br><br> Number    Street <br><br> **Dallas County**     **TX** <br> City      State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number **DC-17-17738** | | | |
| **Calvary SPV I, LLC v. Carrie Raymond** | **debt** | **393rd Judicial District Court** <br> Court Name <br><br> Number    Street <br><br> **Denton**     **TX**    **76209** <br> City      State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **19-2060-393** | | | |
| **In the Matter of the Marriage of Jett Shae Raymond & Carrie Jan Raymond** | **divorce** | **442nd Judicial District Court** <br> Court Name <br><br> Number    Street <br><br> **Denton County**     **TX** <br> City      State   ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number **18-0679-442** | | | |
| **Calvary SPV I, LLC amd Assignee of Citibank NA/AAdvantage v. Jett Raymond** | **debt** | **County Court at Law No. 2** <br> Court Name <br><br> Number    Street <br><br> **Denton**     **TX**    **76209** <br> City      State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |
| Case number **2018-04231** | | | |

| Debtor 1 | **Jett Shae Raymond** | | Case number (if known) | |
|---|---|---|---|---|

| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| **Quigley Cousins, LLC v. Jett Raymond** | **debt** | **Justice of the Peace Court Precinct 4** <br> Court Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number **04-SC-19-00195** | | Number      Street | ☒ Concluded |
| | | **Collin County          TX** <br> City                    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☒ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☒ No
    ☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☒ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☒ No
    ☐ Yes. Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☒ No
    ☐ Yes. Fill in the details.

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Mark B. French**<br>Person Who Was Paid | **$4,500.00 + $335.00 Filing Fee + $50.00 Credit Counseling Fee + $100.00 Credit Report Fee + $50.00 Financial Management Course** | | |
| **Law Office of Mark B. French**<br>Number    Street | | | |
| **1901 Central Drive, Suite 704** | | _____ | _____ |
| **Bedford                TX      76021**<br>City                    State    ZIP Code | | | |
| **markfrenchlaw.com**<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Dean Raymond**<br>Person Who Received Transfer | **2012 Jeep Wrangler** | **Amount received (proceeds from sale went to pay purchase money lender)** | **2/2019** |
| _____<br>Number    Street | | | |
| **Lubbock            TX**<br>City                    State    ZIP Code | | | |
| Person's relationship to you **Father** | | | |
| **Ben Davis**<br>Person Who Received Transfer | **Mr. Raymond's minority ownership interest in The Gent's Place - Preston Hollow Purchaser was majority owner** | **$100,000.00 - Mr. Raymond's 1/2 of these proceeds used to pay property taxes on homestead & for living expenses** | **6/2018** |
| _____<br>Number    Street | | | |
| _____<br>City                    State    ZIP Code | | | |
| Person's relationship to you **3rd Party** | | | |

Debtor 1    **Jett Shae Raymond**                                         Case number (if known) _____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Dean Raymond** <br> Owner's Name |  | **2012 Jeep Wrangler** <br> **(Mr. Raymond's dad is letting use this vehicle)** |  |
| _____ <br> Number    Street | _____ <br> Number    Street |  |  |
| _____ |  _____ |  |  |
| **Lubbock**      **TX** <br> City           State   ZIP Code | _____ <br> City           State   ZIP Code |  |  |

Debtor 1   **Jett Shae Raymond**                                                   Case number (if known) _____

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☒ No
    ☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☒ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Synaptyk Networks, LLC** <br> Business Name | **Describe the nature of the business** <br> cell tower installation & maintenance (no assets or operations) | **Employer Identification number** <br> Do not include Social Security number or ITIN. |
| **f/k/a Synaptyk, Inc.** <br> Number     Street | | EIN: 4  6  –  1  3  8  7  5  2  1 |
| **5700 Granite Pkwy, Ste 900** | **Name of accountant or bookkeeper** <br> Jay B. Taylor, CPA | **Dates business existed** |
| **Plano**          **TX**   **75024** <br> City          State   ZIP Code | | From     2012     To     2015 |

Debtor 1    **Jett Shae Raymond**                                    Case number (if known) _____

**Synaptyk Studio, LLC**
Business Name

**29 Windsor Ridge**
Number    Street

_____

**Frisco**              **TX**    **75034**
City              State    ZIP Code

Describe the nature of the business
**never operated**

Name of accountant or bookkeeper
**Jay B. Taylor CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _3_  _2_ – _4_  _9_  _2_  _0_  _4_  _4_  _0_

Dates business existed

From    **2012**    To    **8/2018**

---

**Raymond Holdings, LLC**
Business Name

**2533 Indian Hills Dr.**
Number    Street

_____

**Little Elm**          **TX**    **75068-6835**
City              State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper
**Jay B. Taylor, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __  __ – __  __  __  __  __  __  __

Dates business existed

From    **2008**    To    **2015**

---

**Synaptyk Software Solutions, LLC**
Business Name

**PO Box 870**
Number    Street

_____

**Frisco**              **TX**    **75034-0015**
City              State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper
**Jay B. Taylor, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __  __ – __  __  __  __  __  __  __

Dates business existed

From    **2012**    To    **2018**

---

**Synaptyk Group, LLC**
Business Name

**PO Box 870**
Number    Street

_____

**Frisco**              **TX**    **75034-0015**
City              State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper
**Jay B. Taylor, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __  __ – __  __  __  __  __  __  __

Dates business existed

From    **2012**    To    **1/2019**

---

**Synaptyk Financial, LLC**
Business Name

**PO Box 870**
Number    Street

_____

**Frisco**              **TX**    **75034-0015**
City              State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper
**Jay B. Taylor, CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __  __ – __  __  __  __  __  __  __

Dates business existed

From    **2012**    To    **2018**

---

**Studio AO!, LLC**
Business Name

**29 Windsor Ridge**
Number    Street

_____

**Frisco**              **TX**    **75034**
City              State    ZIP Code

Describe the nature of the business
**never operated**

Name of accountant or bookkeeper
**Jay B. Taylor CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _4_  _6_ – _2_  _2_  _5_  _6_  _9_  _6_  _2_

Dates business existed

From    **2012**    To    **2018**

---

Debtor 1    **Jett Shae Raymond**              Case number (if known) _____

**Synaptyk Media, LLC**
Business Name

**29 Windsor Ridge**
Number    Street

_____

**Frisco**        **TX**    **75034**
City           State    ZIP Code

Describe the nature of the business
**never operated**

Name of accountant or bookkeeper
**Jay B. Taylor CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>4</u>  <u>6</u> – <u>1</u>  <u>1</u>  <u>7</u>  <u>4</u>  <u>7</u>  <u>0</u>  <u>7</u>

Dates business existed

From     <u>2012</u>     To     <u>2018</u>

---

**Gents Place - Preston Hollow, LLC**
Business Name

_____
Number    Street

_____

**Dallas**        **TX**
City           State    ZIP Code

Describe the nature of the business
**barbershop**

Name of accountant or bookkeeper
_____

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>8</u>  <u>0</u> – <u>0</u>  <u>8</u>  <u>0</u>  <u>8</u>  <u>7</u>  <u>9</u>  <u>1</u>

Dates business existed

From     <u>2012</u>     To     <u>2018</u>

---

**Synaptyk, Inc.**
Business Name

**29 Windsor Ridge**
Number    Street

_____

**Frisco**        **TX**    **75034**
City           State    ZIP Code

Describe the nature of the business
**never operated**

Name of accountant or bookkeeper
**Jay B. Taylor CPA**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: <u>5</u>  <u>2</u> – <u>2</u>  <u>1</u>  <u>9</u>  <u>6</u>  <u>7</u>  <u>8</u>  <u>5</u>

Dates business existed

From     <u>2012</u>     To     <u>2018</u>

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Jett Shae Raymond**               X _____
   Jett Shae Raymond, Debtor 1             Signature of Debtor 2

   Date    <u>05/08/2019</u>                Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>Jett</u> | <u>Shae</u> | <u>Raymond</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**NORTHERN DISTRICT OF TEXAS**</u>

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Dovenmuehle/City Bank** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. | ☐ No <br> ☑ Yes |
| Description of property securing debt: **Homestead - 29 Windsor Ridge** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

Describe your unexpired personal property leases                    Will this lease be assumed?

**None.**

Debtor 1 **Jett Shae Raymond** _____ Case number (if known) _____

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Jett Shae Raymond** _____          X _____
    Jett Shae Raymond, Debtor 1                              Signature of Debtor 2

   Date **05/08/2019**_____                          Date _____
      MM / DD / YYYY                                             MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

---

### Chapter 7:  Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| **+** | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| **+** | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $75    | administrative fee |
|   | $275   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $75    | administrative fee |
|   | $310   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Jett Shae Raymond**                                    CASE NO

                                                                CHAPTER    **7**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND B.R. 2016(B)

| | |
|---|---|
| **Amount paid:** | $4,500.00 |
| **Amount to be paid:** | $0.00 |
| **Property transferred to attorney:** | None |
| **Collateral held by attorney:** | None |
| **Source of compensation:** | Debtor(s) Assets |

*I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

*I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services:  (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

*I have not agreed to share this compensation with any person other than members of the firm.*

Date  5/8/2019 _____        **/s/ Jett Shae Raymond** _____
                                              *Jett Shae Raymond*

 **/s/ Mark B. French** _____        _____
*Mark B. French*                    Bar No.  **07440600**
Mark B. French
Attorney at Law
1901 Central Drive, Suite 704
Bedford, TX 76021
Phone: (817) 268-0505 / Fax: (817) 268-0597

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Jett Shae Raymond**

CASE NO

CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/8/2019

Signature  _/s/ Jett Shae Raymond_
*Jett Shae Raymond*

Date

Signature

Adam Price
335 Willow Wood Street
335 Willow Wood Street


Agents Alliance Services, LTD/
Moore Insurance Group LLC
2591 Dallas Pkwy, Suite 407
Frisco, TX 75034-8552


AllianceOne Receivables
Management Inc.
PO BOX 1007
Arlington, TX 76004-1007


AllianceOne Receivables
Management Inc.
PO BOX 3107
Southeastern, PA 19398-3107


American Credit Systems, Inc.
400 West Lake Street, Suite 111
PO BOX 72849
Roselle, IL 60172-0849


American Express
PO Box 650448
Dallas, TX 75265-0448


American Express
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701


Anixter
1601 Waters Ridge Road
Lewisville, TX 75057-6013


Appia Communications
1030 Hastings, Suite 100
Traverse City, MI 49686-3470

arrollton-Farmers Branch ISD
Eboney Cobb
Perdue Brandon Fielder Et Al
500 E. Border St. Suite 640
Arlington, TX 76010

ARS National Services Inc.
PO BOX 469100
Escondido, CA 92046-9100

Atmos Energy
PO BOX 790311
St. Louis, MO 63179-0311

Avis
7876 Collections Center
Chicago, IL 60693

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Cap1/bstby
PO Box 790441
St Louis, MO 63179

Capital Management Services, LP
PO BOX 120
Buffalo, NY 14206

Capital Premium Financing
PO BOX 660899
Dallas, TX 75266-0899

Carrie Jan Raymond
29 Windsor Ridge
Frisco, TX 75034

Carrington Mortgage Services
Attn: Bankruptcy
PO Box 3730
Anaheim, CA 92806


Carrollton-Farmers Branch I.S.D.
1445 N. Perry Road
PO BOX 110611
Carrollton, TX 75011-0611


Carrollton-Farmers Branch Independent Sc
c/o Daniel K. Bearnden, Esq.
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205-4210

Cavalry Portfolio Services
ATTN: Bankruptcy Department
500 Summit Lake Ste 400
Valhalla, NY 10595


CE - DFW Warehouse Solutions
900 Port America Pl.
Grapevine, TX 76051


CE - DFW Warehouse Solutions
PO BOX 660899
Dallas, TX 75266-0899


Chase Card
Po Box 15298
Wilmington, DE 19850


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850


CHEX SYSTEMS INC
ATTN:  CONSUMER RELATIONS
7805 HUDSON ROAD  STE 100
WOODBURY  MN  55125

Citibank
PO Box 790034
Saint Louis, MO 63179


Citibank Sd, Na
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
PO Box 790040
Saint Louis, MO 63179


Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179


Citimortgage Inc
Po Box 9438,dept 0251
Gaithersburg, MD 20898


City Bank
Po Box 5060
Lubbock, TX 79408


Colemanz Construction, LLC
652 Spruell Rd.
Monroe, LA 71202


Collin County Tax Assessor/Collector
c/o Gay McCall Isaacks et al
777 E. 15th St
Plano, TX 75074


COLLIN COUNTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS ET AL
777 E 15TH ST
PLANO TX 75074-5799

```
Colony Insurance Company
c/o Audrey Richards
PO Box 469011
San Antonio, TX 78246


Continuum
99 High St, 31st Floor
Boston, MA 02110-2329


Darren R. Hatch
Reagan McLain & Hatch, LLP
White Rock Tower, Suite 300
6510 Abrams Rd.
Dallas, TX 75231

Darren R. Hatch
White Rock Tower, Suite 300
6510 Abrams Road
Dallas, TX 75231-7217


Dean Raymond
504 Upland Ave
Lubbock, TX 79416-6610


Deans & Lyons
Attn: Robert J. Bogdanowicz III
325 N. Saint Paul St., Suite 1500
Dallas, TX 75201-3891

Department of Labor and Industries
PO BOX 34974
Seattle, WA 98124-1974


DFW Airport, TX 75261
United Collection Bureau, Inc
PO BOX 140310
Toledo, OH 43614-0310


Dillon Stone
7309 Royal Crest Lane
Plano, TX 75025-3071
```

Diversified Adjustment Service, Inc
PO BOX 32145
Fridley, MN 55432-0145


Doug Bynum
PO BOX 261853
Plano, TX 75026-1853


Dovenmuehle/City Bank
PO Box 5060
Lubbock, TX 79408


Eagle Capital
PO Box 4215
Tupelo, MS 38803


EAN Holdings, LLC
600 Corporate Park Dr
St. Louis, MO 63105-4204


Enterprise
TollPass Processing Center
PO Box 30
Roslyn Heights, NY 1157SCRBH7


Enterprise Rent-a-Car
PO Box
Kansas City, MO 64184-3369


EQUIFAX
P O BOX 740241
ATLANTA  GA  30374-0241


EXPERIAN
701 EXPERIAN PARKWAY
ALLEN  TX  75013

First Financial Asset Mgmt, Inc.
3091 Governors Lake Drive
Suite 500
Peachtree Corners, GA 30071-1135


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228-3609



FMA Alliance, Ltd.
PO BOX 2409
Houston, TX 77252-2409



Foley Carrier Services
655 Winding Brook Drive
 Glastonbury, CT 06033-4337



Ford Motor Credit Corporation
Ford Motor Credit
PO Box 6275
Dearborn, MI 48121


Gay, McCall, Isaacks & Roberts
Attn: Erin Minett
777 East 15th Street
Plano, TX 75074-5799


GECRB/Sams Club
GECRB/Sams Club
PO Box 103104
Roswell, GA 30076


Goldman, Evans & Trammell LLC
10323 Cross Creek Blvd 11 F11
Tampa, FL 33647-2988



GP Park II, LLC / Granite Park Two
5700 Granite Pkwy,
Plano, TX 75024

```
Happy State Bank
P.O. Box 68
Happy, TX  79042



Harrell Pailet & Associates, P.C.
5454 La Sierra Drive, Suite 100
Dallas, TX 75231-2342



Ingold Law
5555 Main Street
Williamsville, NY 14221-5430



INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA  PA  19101-7346



ITT Valwood West Industrial
PO Box 204900
Dept 204946
Dallas, TX 75320



Jacob M. Figrlman
275 W. Campbell Suite 312
Richardson, TX 75080



James Brendan Carroll III
501 Elm St
Suite 385, L.B. 33
Dallas, TX 75202-3303



James Creedon
Klemchuk, LLP
8150 N. Central Expy.
10th Floor
Dallas, TX 75206

Jameson and Dunagan, P.C.
Attn: Chris P. Jameson
5429 LBJ Freeway, Suite 700
Dallas, TX 75240-2610
```

Jeff Carruth
Weycer, Kaplan, Pulaski, & Zuber, PC
3030 Matlock Rd, Suite 201
Arlington, TX 76015


Just Energy
PO Box 460008
Houston, TX 77056


Kelly, Hart & Hallman
201 Main, Ste 2500
Fort Worth, TX 76102


Law Offices of Robert E. Luna, P.C.
Attn: Daniel K. Bearden, Jr.
4411 North Central Expressway
Dallas, TX 75205-4210


Law Offices of Scott H. Richard
Attn: Scott H. Richard
1000 E. Beltline Rd, Suite 250
Carrollton, TX 75006-6297


LTD Financial Services, L.P.
7322 Southwest Freeway Suite 1600
Houston, TX 77074-2134


Mc Grath RentCorp
d/b/a TRS - Rentelco
1830 W. Airfield Dr.
DFW Airport, TX 75261-9260


McCarthy, Burgess & Wolfe
The MB&W Building
26000 Cannon Road
Cleveland, OH 44146-1807


MS DONNA K. WEBB - AUSA
BURNETT PLAZA, SUITE 1700
801 CHERRY STREET, UNIT 4
FORT WORTH  TX  76102

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067


NCS
PO BOX 24101
Cleveland, OH 44124-0101


Northland Group Inc.
PO BOX 390846
Minneapolis, MN 55439-0846


NTTA
PO Box 260928
Plano, TX 75026


NTTA
PO Box 660244
Dallas, TX 75266-0244


Phillips & Cohen Associates, Ltd.
Mail Stop: 871
1004 Justison Street
Wilmington, DE 19801-5148


PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Quigley Cousins, LLC
8200 Boulder River Trail,
McKinney, TX 75070


ReadyRefresh by Nestle
PO BOX 5010
Woodland Hills, CA 91365-5010

Receivable Management Service
1250 E. Diehl Rd, Ste 300
PO BOX 3100
Naperville, IL 60566-7100


Receivables Performance Management
PO BOX 1548
Lynnwood, WA 98046-1548


Republic Services
4200 E. 14th St.
Plano. TX 75074


Republic Services
4200 E 14th St
Plano, TX 75074-7102


Rossenberger Site Solutions, LLC
PO Box 4268
Lake Charles, LA 70606


Southwest Credit
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958


StoneBriar HOA
c/o Henry, Oddo, Austin & Fletcher, PC
1700 Pacific Ave. # 2700
Dallas, TX 75201


Stream realty Partners- DFW
2805 N. Dallas Parkway, Suite 260
Lock Box #12
Plano, TX  75093


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384

T. Craig Sheils
Sheils Winnubst, PC
1701 N. Collins Blvd. Suite 1100
Richardson, TX 75080


TAX DIVISION
US DEPARTMENT OF JUSTICE
717 N HARWOOD
SUITE 400
DALLAS  TX  75201

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION
BANKRUPTCY SECTION
P O BOX 13528
AUSTIN  TX  78711-3528

TRANS UNION CORPORATION
P O BOX 2000
CHESTER  PA  19022


TRS - Rentelco
1830 W. Airfield Dr.
DFW Airport, TX 75261-9260


TRS - Rentelco
PO Box 619260
DFW Airport, TX 75261-9260


United Collection Bureau, Inc.
PO BOX 140310
Toledo, OH 43614-0310


UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
ROOM 300
DALLAS  TX  75242

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
RM B103
950 PENNSYLVANIA AVE, NW
WASHINGTON  DC  20530-0001

```
UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX  75242-1011


Us Bank
425 Walnut St
Cincinnati, OH 45202



Valmont Site Pro 1
15 Oser Ave
Hauppauge, NY 11788



Valmont Ste Pro 1
15 Oser Avenue
Hauppauge, NY 11788



Verizon
PO BOX 920041
Dallas, TX 75392-0041



Verizon
PO BOX 660108
Dallas, TX 75266-0108



Wells Fargo Bank
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606


Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120-777



WEX Online
Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293
```

Weycer, Kaplan, Pulaski, & Zuber, PC
3030 Matlock Rd, Suite 201
Arlington, TX 76015


Wfdillards
Po Box 14517
Des Moines, IA 50306


William L. Siegel
Cowles & Thompson
901 Main Street, Suite 3900
Dallas, TX 75202


Windham Professionals, Inc.
382 Main Street
Salem, NH 03079-2412


Zurich North America
1400 American Lane
Tower 2 Floor 5
Schaumburg, IL 60196-5452


Zwicker & Associates, PC
Old Town Square 1 Chisolm Trail
Suite 301
Round Rock, TX 78681

**Fill in this information to identify your case:**

| Debtor 1 | **Jett** | **Shae** | **Raymond** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

Debtor 1    <u>Jett</u>     <u>Shae</u>     <u>Raymond</u>
        First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1 __Jett Shae Raymond_____ Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from a business, profession, or farm | _____ | _____ | Copy here ➔ | _____ | _____ |

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |  |  |  |
| Ordinary and necessary operating expenses | − _____ | − _____ |  |  |  |
| Net monthly income from rental or other real property | _____ | _____ | Copy here ➔ | _____ | _____ |

**7. Interest, dividends, and royalties**                                       _____   _____

**8. Unemployment compensation**                                          _____   _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................... _____

For your spouse.................................................. _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.                    _____   _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.        + _____  + _____

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[ _____ ] + [ _____ ] = [ _____ ]

**Total current monthly income**

Debtor 1    **Jett Shae Raymond** _____    Case number (if known) _____

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11........................................................**Copy line 11 here** ➔  12a. [_____]

Multiply by 12 (the number of months in a year).                                                                                    X     12

12b.  The result is your annual income for this part of the form.                                                              12b. [_____]

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                                      [_____]

Fill in the number of people in your household.                [_____]

Fill in the median family income for your state and size of household............................................................  13. [_____]

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Jett Shae Raymond** _____          X _____
Jett Shae Raymond, Debtor 1                                                         Signature of Debtor 2

Date **5/8/2019** _____                                        Date _____
MM / DD / YYYY                                                                         MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Calculation Details

In re: **Jett Shae Raymond**

Case Number:
Chapter:          **7**

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2018